```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICHARD CORLEY,

                Plaintiff(s),                          09 Civ. 8873 (PKC)

         -against-                             ORDER OF DISMISSAL

CITY OF NEW YORK, et al.,

                Defendant(s).
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                          P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
            March 18, 2010